**Order filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00841-CR
_____

**DALILA ATHENA MEDEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## On Appeal from the County Criminal Court at Law No. 14
### Harris County, Texas
### Trial Court Cause No. 1810600

# ORDER

On December 12, 2012, appellant filed a motion to dismiss this appeal. In a criminal case, the appellant and her attorney must sign the written motion to dismiss. *See* Tex. R. App. P. 42.2(a). The motion is not signed by appellant. Accordingly, we issue the following order.

We order appellant to file an amended or supplemental motion dismiss containing appellant's signature with the clerk of this court within 10 days of the date of this order.

PER CURIAM